Robert Lauson, Esq. (SBN 175,486)
    bob@lauson.com
Edwin Tarver, Esq. (SBN 201,943)
    edwin@lauson.com
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, California 90245
Telephone:  (310) 726-0892
Facsimile:  (310) 726-0893

JS-6

Attorneys for Plaintiff, ANDCAKE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **ANDCAKE INC., a California corporation,**<br><br>**Plaintiff,**<br>v.<br><br>**CRESTONE LLC, a California Limited Liability Company, d/b/a HAZEL & JALOUX; ROBERT CHO, JANET CHO, individuals, and DOES 1 through 9 inclusive,**<br><br>**Defendants.** | **Civil Action No. CV13-06742-R-CW**<br><br>**Stipulated Consent Judgment And Permanent Injunction** |

Plaintiff, ANDCAKE, INC., and Defendants CRESTONE LLC, Robert Cho and Janet Cho, agree as follows:

1. Plaintiff ANDCAKE is a corporation organized and existing under the laws of the State of California, engaged in creating various designs, and marketing

and selling clothing since 1999, with a mailing address of 1532 N. Columbus Avenue, Glendale, California 91202 ("AndCake").

2. Defendant CRESTONE is a California Limited Liability Company, and Defendants Robert Cho and Janet Cho are all involved in distributing clothing in the U.S., and having a mailing address of 1121 S. Boyle Ave. #202, Los Angeles, CA 90023 (collectively "Crestone").

3. AndCake is the owner of U.S. Copyright Registration No. VA 1-828-478 "Samantha" for 2-D artwork ("the Work"). AndCake contends that Defendants' were involved in the distribution of infringing copies of the Work as embodied in an Eliza Tunic product being sold for a time by the Sundance Catalog.

4. Plaintiff AndCake contends that Defendants' acts of importing the accused product and re-selling it in the U.S. constitute copyright infringement pursuant to 17 U.S.C. Section 101 et seq. Defendants agree that judgment may be entered against them in the above-entitled action as set forth below, and the parties waive any findings of fact or conclusions of law under Fed. R. Civ. P. 52 or any other applicable rule, in order to effectuate the terms of this Order and fully resolve all claims asserted in this action.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. This Court has subject matter jurisdiction over this action as a federal question pertaining to copyrights pursuant to 28 U.S.C. §1338(a).

2. Plaintiff's registered copyright is presumed valid and enforceable, and was infringed by Defendants by their distributing of copies in the U.S.

3. Effective immediately Defendants and their owners, employees, agents, related companies, and all persons and entities in active concert or participating with any of them, are permanently enjoined from engaging in copyright infringement of U.S. Copyright Registration No. VA 1-828-478 "Samantha" including distributing any copies of the Work in the U.S. for so long as said copyright remains valid and enforceable.

4. Defendants, jointly and severally, shall pay to AndCake the sum of $10,000 (Ten Thousand U.S. Dollars) for damages as a result of said infringement,

AND THAT JUDGMENT BE ENTERED IN FAVOR OF PLAINTIFF ACCORDINGLY.

Dated: Nov. 12, 2013.    By: _____
United States District Judge

/ / /
/ / /

1  / / /

2

3  Presented by:

4

5  LAUSON & TARVER LLP

6

7  By:_____
       Robert J. Lauson, Esq.
8        Attorneys for Plaintiff

9

10  CRESTONE LLC

11

12  By:_____
       Robert Cho, Member

13

14

15  By:_____
       Robert Cho, an individual

16

17
18  By:_____
       Janet Cho, an individual

19

20

21

22

23

24

25

-4-